**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 11-cr-00290-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     BLANCA ROSA PINEDA-ALMENDARES,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that a status/scheduling hearing regarding Defendant Pineda-Almendares is set **Tuesday, September 20, 2011 at 10:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

Dated: September 7, 2011