**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 11-cr-00290-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     BLANCA ROSA PINEDA-ALMENDARES,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK


      This will confirm that, pursuant to Defendant's Notice of Disposition (Doc 27 - filed October 14, 2011), a change of plea hearing regarding Defendant Pineda-Almendares is set **Tuesday, November 22, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.


Dated:  October 17, 2011