IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 11-cr-00290-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     BLANCA ROSA PINEDA-ALMENDARES,

        Defendant.

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that the sentencing hearing regarding Defendant Pineda-Almendares is set **Friday, March 2, 2012 at 1:30 p.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

Dated: December 12, 2011