IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Lewis T. Babcock

Criminal Action No. 11-cr-00290-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BLANCA PINEDA-ALMENDARES,

    Defendant.

---

## ORDER EXONERATING BOND

---

As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED at Denver, Colorado, this __30th__ day of January, 2013.

                    BY THE COURT:


                    By: s/Lewis T. Babcock
                        UNITED STATES DISTRICT JUDGE
                        DISTRICT OF COLORADO